FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEC 03 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SAMAR CHATTERJEE,  PLAINTI
1616 Marion St NW, Apt 223
Washington, DC 20001.

(202) 745-1200    vs:    CIV

Case: 1:07-cv-02172
Assigned To : Friedman, Paul L.
Assign. Date : 12/3/2007
Description: Civil Rights-Non. Employ.

JURY ACTION

U. S. Consul General, Defendant
78 Bhulabhai Desai Road, Mumbai-400026, India.
Phone 91-22-2363-3611  Fax 91-22-2363-0350.
&
U. S. CIS, Nebraska Service Center, Defendant
P. O. Box 82521, Lincoln, NE 68501-2521, USA.
Phone 800-375-5283

COMPLAINT & WRIT OF MANDAMUS

The Plaintiff Samar Chatterjee hereby complains that

the U.S. Consul General has refused to issue a visa

to his fiance, Ms Sushila Maru, since July 2005 and

have furnished no reasons for such action.

In January, 2004, the Plaintiff submitted a Fiance

Petition to the U. S. CIS, Nebraska Service Center,

for approval.  The said Petition was approved after

a delay in June, 2005.  The approved Petition was

again approved by the Dept of State in July, 2005

and sent on to the U.S. Consul General in Mumbai,

India, for issuance of a visa to Ms Sushila Maru.

Ms Maru was then interviewed twice at the U.S.

Consul (Mumbai) in October, 2005.  On October 31,

RECEIVED

OCT - 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2005, the Consul informed us that Ms Maru's visa request is under adminstrative processing. The Consul has since then engaged in a deliberate and continuous delaying act, thereby violating the Human and Civil Rights of the Plaintiff. After repeated reminders, the Consul wrote to us on Sept 11, 2007 that the Petititon has been returned to the U.S. CIS for review and possible revocation. No reasons were given for such action by the U.S. Consul.

RELIEF REQUESTED: The Plaintiff hereby urges this Court to review these acts of harassment and Civil Rights violations by the U.S. Consul General and order the Defendants to immediately issue the required visa to Ms Maru without any further delay.

The Plaintiff has also requested that the visa for his fiance be expedited in view of his serious medical conditions; report attached.
The Plaintiff seeks $1,000,000 in damages from the U.S. Consulate for unreasonable harassment and denial of his/fiance's human/civil rights.
A trial by jury is also being requested.

SAMAR CHATTERJEE, Plaintiff
1616 Marion St NW, Apt 223, Washington, DC 20001



CONSULATE GENERAL OF THE
United States of America

Consular Section
78 Bhulabhai Desai Road, Mumbai 400 026 India
Website: http://Mumbai.usconsulate.gov

September 11, 2007

Samar Chatterjee
1616 Marion St NW, Apt 223
Washington, DC 20001
USA

Dear Mr. Chatterjee:

Thank you for your correspondence of August 1, 2007, concerning the immigrant visa case of Ms. Sushila V. Maru. Her file number is BMB2005630039.

Based on the interviews and documents submitted, we have returned petition I-129 to the U.S. Citizenship and Immigration Services (USCIS) for review and possible revocation. If an officer develops information at the interview that was not available to the adjudicating immigration officer at the time of petition approval, the petition may be returned to the USCIS for re-examination. Accordingly, Consular officers returned the petition and additional supporting documents to the National Visa Center for onward transmission to the Nebraska Service Center that approved the petition, on May 25, 2007.

You may address further inquiries on the disposition of this petition to the USCIS National Customer Service Center at 1-800-375-5283.

I regret that my response could not be more favorable. If I can be of further assistance in this or any other matter, please do not hesitate to contact me.

Sincerely,

Correspondence Unit

*Email :- USCIS-complaint @ dhs.gov*
*NVC inquiry @ state.gov*



**Capital Clinical
Research Associates**

To Whom It May Concern:

Mr. Chatterjee is a patient in one of our clinical trials to investigate a novel treatment for depression. Mr. Chatterjee has been diagnosed with depression and is currently receiving an investigational medication that may be causing some concerning side effects. He has described frequent dizziness that has made him prone to falls and even caused him to fall and hit his head on one occasion. Although this injury was minor, Mr. Chatterjee would benefit from assistance with certain daily activities in his home to prevent further adverse events. If there are any questions please feel free to contact our office at 301-770-7375.

*Healing Through Knowledge*

Sincerely,

*John Rosenthal MD*    7/31/07

Joshua Rosenthal, M.D.
Clinical Investigator
Capital Clinical Research Associates
Rockville, MD

5515 Security Lane
Suite 525
Rockville, MD 20852

Tel: 301-770-7375
Fax: 301-770-5587

L
07-2172
PLF

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Samar Chatterjee | U.S. Consul General, et al., |

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (NP)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

A

Case: 1:07-cv-02172
Assigned To : Friedman, Paul L.
Assign. Date : 12/3/2007
Description: Civil Rights-Non. Employ

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
  Plaintiff

☐ 3 Federal Question
  (U.S. Government Not a Party)

☒ 2 U.S. Government
  Defendant

☐ 4 Diversity
  (Indicate Citizenship of Parties
  in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

## ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

0

| □ G. *Habeas Corpus/ 2255* | □ H. *Employment Discrimination* | □ I. *FOIA/PRIVACY ACT* | □ J. *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| □ K. *Labor/ERISA (non-employment)* | ☒ L. *Other Civil Rights (non-employment)* | □ M. *Contract* | □ N. *Three-Judge Court* |
|---|---|---|---|
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>☒ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding    □ 2 Removed from State Court    □ 3 Remanded from Appellate Court    □ 4 Reinstated or Reopened    □ 5 Transferred from another district (specify)    □ Multi district Litigation    □ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

---

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS    □    ACTION UNDER F.R.C.P. 23    DEMAND $ 1 million    Check YES only if demanded in complaint    JURY DEMAND: ☒ YES    □ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    □ YES    ☒ NO    If yes, please complete related case form.

**DATE** 12/3/07    SIGNATURE OF ATTORNEY OF RECORD    NCD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd