**U.S. Department of Justice**
**United States Marshals Service**

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of ___Columbia___

Civil Action, File Number ___07-2172 PLF___

TO:
US CIS
Nebraska Service Center
POB 82521
Lincoln, NE 68501

___Samar Chatterjee___
                v.
___US Consul General, et al___

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ___ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ___ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the demanded in the complaint.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US CIS
Nebraska Service Center
POB 82521
Lincoln, NB 68501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature   DEC 21 2007
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery  12/21/07

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☑ Certified Mail   ☐ Express Mail
☑ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Arti
(Tra
PS Fo

102595-02-M-1540

of Summons and Complaint By Mail was
_____ (S Official)

OMPLAINT
...mplaint in the above captioned manner at

and Street Name or P.O. Box No.

Zip Code

Relationship to Entity/Authority to Receive
Service of Process

Date of Signature     Form USM-299
                       (Rev. 6/95)