UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMAR CHATTERJEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number: 1:07CV2172 (PLF) |
| | ) |
| U.S. CONSUL GENERAL, <u>et al.</u>, | ) |
| | ) |
| Defendants. | ) |

**ANSWER**

Defendants, through undersigned counsel, hereby answer Plaintiff's Complaint as follows**:**

FIRST AFFIRMATIVE DEFENSE

This Court lacks jurisdiction to review Plaintiff's claims, and to grant the relief Plaintiff requests.

SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust administrative remedies.

SPECIFIC ANSWERS

Defendants specifically answer the allegations of Plaintiff's complaint as follows:[1]

Defendants admit a visa was refused to Ms. Sushila Maru, but deny that no reasons were provided for the refusal. Defendants admit that Plaintiff submitted a Fiancée Petition to USCIS, but lack knowledge or information sufficient to form a belief as to the truth of Plaintiff's assertion that the petition was filed in January 2004. Defendants admit that USCIS approved the Form 1-

---

[1] The complaint consists of a single paragraph setting forth Plaintiff's merits allegations, followed by a two-paragraph prayer-for relief. Defendants will respond to the allegations of in the order in which they were presented in the complaint.

129 petition, but deny that the approval occurred in June, 2005.  Defendants deny that there was a delay in approving the petition.

Defendants deny that Defendant Department of State ever approved any petition in connection with the Plaintiff's visa.  Defendants admit that the petition USCIS approved was sent to the American consular post in Mumbai, but deny that it was sent for issuance of a visa to Ms. Sushila Maru.  Defendants admit that the consular post interviewed Ms. Sushila Maru to determine if she was eligible for the visa classification sought.  Defendants admit that Ms. Sushila Maru's nonimmigrant visa application was refused and she was informed that further administrative processing had to take place.  Defendants lack information sufficient to form a belief as to the date on which Ms. Maru was informed that the visa required further administrative processing.

Defendants deny that there has been deliberate or continuous delay and deny there has been any violation of the rights of the Plaintiff.  Defendants admit the Plaintiff was informed, in a letter dated September 11, 2007, that the petition was returned to USCIS for review and possible revocation.  Defendants lack information sufficient to form a belief as to whether there were "repeated reminders" prior to September 11, 2007.  Defendants deny that no reasons were given for such action.

RELIEF REQUESTED:  The first two paragraphs in this section set forth Plaintiff's prayer for relief, to which no response is required.  Defendants deny that Plaintiff is entitled to the relief requested, to damages, or to any relief whatsoever.  The final paragraph in this section sets forth Plaintiff's demand for a jury trial, to which no response is required.

WHEREFORE, having fully answered, Defendants respectfully request that this action be

dismissed with prejudice and that Defendants be granted such other relief as the Court deems appropriate.

Dated: March 7, 2008	Respectfully submitted,

      /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

      /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

      /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of March, 2008, I caused a copy of the foregoing Answer to be served upon Plaintiff, via first class mail, postage prepaid, addressed as follows:

Samar Chatterjee
1616 Marion St NW, Apt 223
Washington, DC 20001

          /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER