UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

SAMAR CHATTERJEE, Plaintiff

Vs.

U.S. CONSUL GENERAL, et al, Defendants

Case No. 1:07CV2172(PLF)

RECEIVED
MAR 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RESPONSE TO ANSWER DATED MARCH 7, 2008

Plaintiff, Pro Se, hereby responds to the abovementioned ANSWER filed by the Defendants:

1. The Defendants have not presented any basis or rationale for the First Affirmative Defense. The Plaintiff has been severely damaged and his life turned upside down by the arbitrary and capricious decisions of the U.S. Consul General in Mumbai, India. As such, this Court has jurisdiction over a U.S. Federal Agency behaving like a tin-can dictator.

2. The Defendants' Second Affirmative Defense is also entirely false, since the Plaintiff had exhausted all administrative remedies against the arbitrary denial of visa by the Consul General and harassment of Plaintiff's fiancé by the Consul staff from June, 2005 to Sept, 2007. There was no administrative remedy left to be pursued against the Consul General.

3. In fact, the Consul General's recommendations to revoke the Fiance Petition has also been rejected by the USCIS. Now, the Consul General will ask the Plaintiff's Fiance to pay again the hefty fee to reprocess the same application for visa, which is another fraudulent racket the Consul General uses to harass visa applicants. I sincerely urge this Court to investigate this continuing Consul General fraud/racket that has severely undermined the reputation of the United States. This Court should also urge the Congress to investigate these nefarious activities of the Consul General in India.

4. Please treat this as a partial response to the Defendants ANSWER. The Plaintiff therefore urges this Court to begin deliberations to uncover the arbitrary and capricious activities of the Consul General that has led to the denial of visa.

Dated March 20, 2008

Respectfully submitted,

Samar Chatterjee, Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2008, I caused a copy of the foregoing RESPONSE to be served upon the Defendants, via first class mail, postage prepaid, and addressed as follows:

U.S. Consul General, Assistant U.S. Attorney, 555 Fourth St., NW, Washington, DC 20530.

Samar Chatterjee

# UNITED STATES DISTRICT COURT FOR DISTRICT OF COLUMBIA

SAMAR CHATTERJEE, Plaintiff

Vs.   Case No. 1:07CV2172(PLF)

U.S. CONSUL GENERAL, et al, Defendants

## RESPONSE TO ANSWER DATED MARCH 7, 2008

Plaintiff, Pro Se, hereby responds to the abovementioned ANSWER filed by the Defendants:

1. The Plaintiff hereby requests this Court to issue a request to Ms Sushila Maru, the Plaintiff's Fiance, to appear before this court to testify on the treatment she has received from the U.S. Consul General in Mumbai during her previous interviews at their Mumbai Office.

2. Please treat this as a partial response to the Defendants ANSWER. The Plaintiff therefore urges this Court to begin deliberations to uncover the arbitrary and capricious activities of the Consul General that has led to the denial of visa.

Dated March 20, 2008

Respectfully submitted,

_____
Samar Chatterjee, Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2008, I caused a copy of the foregoing RESPONSE to be served upon the Defendants, via first class mail, postage prepaid, and addressed as follows:
U.S. Consul General, Assistant U.S. Attorney, 555 Fourth St., NW, Washington, DC 20530.

_____ Samar Chatterjee

**RECEIVED**

MAR 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT