UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SAMAR CHATTERJEE,                   )
                                    )
            Plaintiff,              )
                                    )
       v.                           )   Case Number:  1:07CV2172 (PLF)
                                    )
U.S. CONSUL GENERAL, et al.,        )
                                    )
            Defendants.             )
                                    )
_____ )

**CONSENT MOTION FOR ENLARGEMENT OF DEADLINE TO FILE 16.3 REPORT AND FOR A CONTINUANCE OF THE INITIAL SCHEDULING CONFERENCE**

     Defendants, through undersigned counsel, hereby respectfully request an 8-day enlargement of time to submit the parties' Rule 16.3 Report, making the report due April 23, 2008.  The report currently is due today, April 15, 2008.  In accordance with Local Rule 7(m), Counsel for Defendants discussed this enlargement of time with the pro se Plaintiff, and Plaintiff did not oppose the request for an enlargement of time.  As of the time this motion was filed, Plaintiff had not yet responded to Defendants' inquiry regarding his position on seeking a continuance of the Initial Scheduling Conference in light of the request for an enlargement of the deadline for the Rule 16.3 Report.

     There is good cause to grant this motion.  In accordance with this Court's order, the parties have conferred concerning the requirements of Local Rule 16.3.  In addition, the parties have begun preparing the Rule 16.3 report that will memorialize their meet-and-confer.  However, while exchanging drafts of the Rule 16.3 report in anticipation of today's filing deadline, the pro se Plaintiff indicated that he will need approximately one week to finalize his positions on the issues discussed in the current draft of the Rule 16.3 report.  Defendants do not oppose Plaintiff's

request for that additional time, and therefore agreed to file the instant motion requesting an enlargement of the deadline.  However, if the Court extends the deadline for the report by eight days, the Court will not have the report prior to the April 22, 2008 Rule 16.3 Conference. Defendants therefore respectfully request a continuance of the Rule 16.3 Conference, and propose that the Court reschedule the conference for a later date that is convenient for the Court.  In sum, despite the parties' good-faith effort to comply with the current deadline, an enlargement of time will be necessary in order for the parties to finalize and file a joint report and a continuance of the April 22, 2008 conference may be appropriate.

Defendants have not previously sought the enlargement of any deadline.  This enlargement should cause no prejudice.  An order granting the relief sought is attached hereto.

Dated: April 15, 2008                              Respectfully submitted,


      /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

      /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

      /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198
Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April, 2008, I caused a copy of the foregoing Answer to be served upon Plaintiff, via first class mail, postage prepaid, addressed as follows:

Samar Chatterjee
1616 Marion St NW, Apt 223
Washington, DC 20001

                                                                /s/ Robin M. Meriweather
                                                          ROBIN M. MERIWEATHER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
SAMAR CHATTERJEE,                           )
                                            )
                Plaintiff,                  )
                                            )
        v.                                  )   Case Number:  1:07CV2172 (PLF)
                                            )
U.S. CONSUL GENERAL, et al.,                )
                                            )
                Defendants.                 )
                                            )
_____)

## **ORDER**

Upon consideration of Defendant's motion for enlargement of time to submit Rule 16.3 report, it is this _____ day of _____, 2008

ORDERED that Defendant's motion be, and hereby is, GRANTED;

it is further ORDERED that the parties shall submit a Rule 16.3 report on or before April 23, 2008.

it is further ORDERED that the Rule 16.3 Conference scheduled for April 22, 2008 shall be held on the _____ day of _____, 2008, at _____.

SO ORDERED.

_____
United States District Judge