UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAMAR CHATTERJEE,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. CONSUL GENERAL, et al.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Case Number: 1:07CV2172 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR A CONTINUANCE OF THE INITIAL SCHEDULING CONFERENCE**

Defendants, through undersigned counsel, hereby respectfully request a continuance of the Initial Scheduling Conference currently calendared for April 29, 2008 at 9:45 a.m. In accordance with Local Rule 7(m), Counsel for Defendants discussed this continuance with the pro se Plaintiff, and Plaintiff consents to the request. The continuance was suggested by the pro se Plaintiff, and Defendants are filing this motion at Plaintiff's request.

Plaintiff has informed counsel for the Defendants that he has a previously-unanticipated need to travel April 29, 2008 through May 1, 2008, and therefore cannot attend the April 29, 2008 conference. Accordingly, Plaintiff proposes that the hearing be rescheduled for a date in early May. The parties have conferred regarding dates on which they are both available, and have agreed that May 12, 13, or 14 are dates on which both Plaintiff and counsel for Defendants could attend a hearing. In the event that those dates are not convenient for the Court, the parties respectfully request that the Court choose an alternate date which is convenient for the Court; however Counsel for Defendants will not be available May 15 through May 22, 2008, due to overseas travel which cannot be rescheduled.

    This continuance should cause no prejudice. A proposed order granting the relief sought is attached hereto.

Dated: April 25, 2008                      Respectfully submitted,

                                      /s/
                         JEFFREY A. TAYLOR, D.C. BAR # 498610
                         United States Attorney

                                      /s/
                         RUDOLPH CONTRERAS, D.C. BAR #434122
                         Assistant United States Attorney

                                /s/ Robin M. Meriweather
                         ROBIN M. MERIWEATHER, D.C. Bar. # 490114
                         Assistant United States Attorney
                         555 Fourth St., N.W.
                         Washington, D.C. 20530
                         Phone: (202) 514-7198
                         Fax: (202) 514-8780
                         Robin.Meriweather2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2008, I caused a copy of the foregoing Motion to be served upon Plaintiff, via first class mail, postage prepaid, addressed as follows:

Samar Chatterjee
1616 Marion St NW, Apt 223
Washington, DC 20001

                                                  /s/ Robin M. Meriweather
                                           ROBIN M. MERIWEATHER

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
SAMAR CHATTERJEE,                   )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   Case Number:  1:07CV2172 (PLF)
                                    )
U.S. CONSUL GENERAL, <u>et al.</u>, )
                                    )
            Defendants.             )
                                    )
_____)

**<u>ORDER</u>**

Upon consideration of Defendants' motion for a continuance, it is this _____ day of _____, 2008

ORDERED that the Rule 16.3 Conference scheduled for April 29, 2008 shall be held on the _____ day of _____, 2008, at _____.

SO ORDERED.

_____
United States District Judge