UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SAMAR CHATTERJEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  07-2172 (PLF) |
| | ) | |
| U.S. CONSUL GENERAL *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Plaintiff in this matter is proceeding *pro se* and *in forma pauperis*.  The defendants have filed a motion to dismiss based on arcane jurisdictional issues.  In light of the complexity of the legal issues presented, and after consideration of the factors identified in Local Civil Rule 83.11 (b)(3), the Court has determined that the appointment of counsel is appropriate in this case.  Accordingly it is

ORDERED that counsel for plaintiff shall be appointed.  The Clerk is directed to appoint counsel for the plaintiff in the above-captioned case from the Civil Pro Bono Panel in accordance with Local Civil Rule 83.11.  It is further

ORDERED that all other proceedings are stayed until counsel has entered an appearance.  Counsel shall have 30 days after entering an appearance to file a response to the defendants' motion to dismiss.

/s/_____
PAUL L. FRIEDMAN
DATE: May 15, 2008                         United States District Judge