IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMAR CHATTERJEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-212 (PLF) |
| ) | |
| ) | |
| U.S. CONSUL GENERAL, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF WITHDRAWAL, LOCAL RULE 83.11**

On May 22, 2008, Arnold & Porter LLP was appointed counsel for the Plaintiff in this case. Counsel has not yet entered appearance; however, grounds for relief from the appointment under Local Rule 83.11, subparagraph (b)(6)(i)(aa), (bb), or (cc) exist. The undersigned therefore serves this notice of withdrawal upon both the Plaintiff and the Court. Under Local Rule 83.11, the notice is effective without any further Court action.

Dated: June 12, 2008

Respectfully submitted,

_____
JUDITH BERNSTEIN-GAETA

Arnold & Porter LLP
555 Twelfth Street NW
Washington, DC 20004-1206
Phone: (202) 942-5497
Fax: (202) 942-5999

1

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this Notice of Withdrawal was sent on this day via first class mail, return receipt requested, to:

Samar Chatterjee
1616 Marion Street, N.W. Apt. 223
Washington DC 20001
(202) 745-1200

*Pro se Plaintiff*

_____
JUDITH BERNSTEIN-GAETA