UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SAMAR CHATTERJEE,                   )
                                    )
            Plaintiff,              )
                                    )
      v.                            )     Civil Action No. 07-2172 (PLF)
                                    )
U.S. CONSUL GENERAL *et al.*,       )
                                    )
            Defendants.             )
_____ )


MEMORANDUM OPINION

      Plaintiff, proceeding in forma pauperis, filed a pro se complaint seeking to compel the issuance of a visa for his fiancé and requesting one million dollars in damages for the allegedly wrongful initial denial of the visa, and for "unreasonable harassment" and denial of civil rights in the process. Compl. at 2. The Court appointed pro bono counsel for the plaintiff and stayed the case to allow the parties time to resolve the matter.[1] The plaintiff's fiancé has since been issued a visa, and the plaintiff has voluntarily dismissed the U.S. Citizen and Immigration Service as a defendant. *See* Joint Status Report, July 30, 2009, ¶¶ 2, 4; Order, Aug. 11, 2009 (dismissing the U.S. Citizen and Immigration Service as a defendant).

      The plaintiff, however, asks the Court to admonish or sanction the remaining defendant, the U.S. Consul General in Mumbai, India, for its conduct in what plaintiff alleges was delay in the process of obtaining the visa. *See* Joint Status Report ¶ 5(a). The defendant

_____

[1] The Court expresses its appreciation to Karen Grisez, Esq., and to the firm of Fried, Frank, Harris, Shriver & Jacobson, for its able pro bono publico representation of the plaintiff, who was proceeding in forma pauperis.

contends that this Court has no jurisdiction over this matter, there was no wrong-doing by the defendant, the case has become moot with the issuance of a visa for the plaintiff's fiancé and that therefore, the sole remaining party should be dismissed. *See id.* ¶ 5(b).

The plaintiff has not identified either a cause of action upon which may be based a claim for sanctions, admonition, or damages against the U.S. Consul General for Mumbai, or a basis for this Court's jurisdiction over such an action. The Court is aware of no such jurisdiction or cause of action. Accordingly, the complaint will be dismissed for lack of subject matter jurisdiction. An order consistent with this memorandum opinion will be issued this same day.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:   August 27, 2009